CAS CONSTRUCTION COMPANY, INC. *v.* DAINTY
RUBBISH SERVICE, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 294 (AC 17943), is denied.

BORDEN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Lawrence G. Rosenthal* and *Brendan T. Flynn*, in support of the petition.

*William F. Gallagher*, in opposition.

Decided January 16, 2001

STATE OF CONNECTICUT *v.* ALBERTO RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 398 (AC 18347), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Jeremiah Donovan*, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided January 16, 2001